```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                            RENO, NEVADA
```

| | | |
|---|---|---|
| JUNGO LAND & INVESTMENTS, INC., a Nevada corporation, | ) ) ) | 3:10-CV-00257-ECR-VPC |
| Plaintiff, | ) ) | MINUTES OF THE COURT |
| vs. | ) ) | DATE: January 11, 2011 |
| HUMBOLDT COUNTY BOARD OF COUNTY COMMISSIONERS, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

PRESENT:      EDWARD C. REED, JR.                         U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN       Reporter:       NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

MINUTE ORDER IN CHAMBERS

    **IT IS HEREBY ORDERED** that Plaintiff's Motion (#52) for hearing on Plaintiff's Petition for Writ of Mandamus (#6) is **GRANTED**. The hearing on the Petition (#6) is set for Monday, February 14, 2011, at 10:00 a.m. Each side shall be allowed not to exceed one (1) hour for presentation of evidence and argument.

    **IT IS FURTHER ORDERED** that Plaintiff's Motion to Supplement the Record (#44) is **GRANTED**. Defendants will be entitled to point out any problems with relevancy or materiality with respect to the supplemental documents at the time of the hearing on the Writ of Mandamus.

 

                                                                LANCE S. WILSON, CLERK

                                                                By      /s/
                                                                            Deputy Clerk