UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUNGO LAND & INVESTMENTS, INC. a Nevada corporation,<br><br>　　Plaintiff-Petitioner,<br><br>vs.<br><br>HUMBOLDT COUNTY BOARD OF COUNTY COMMISSIONERS and HUMBOLDT COUNTY, a political subdivision of the State of Nevada, CHUCK GIORDANO, in his individual and official capacity as Humboldt County Commissioner, MIKE BELL, in his individual and official capacity as Humboldt County Commissioner, DAN CASSINELLI, in his individual and official capacity as Humboldt County Commissioner, GARLEY AMOS, in his individual and official capacity as Humboldt County Commissioner, TOM FRANSWAY, in his individual and official capacity as Humboldt County Commissioner<br><br>　　Defendants-Respondents<br>_____/ | CASE NO.: 3:10-cv-00257-RCJ-VPC<br><br><br>**AMENDED ORDER GRANTING JUNGO's WRIT PETITION** |

Before the Court is Plaintiff-Petitioner Jungo Land & Investments, Inc.'s ("Jungo") motion entitled "Motion to Clarify December 7, 2011 Order Granting Jungo's Writ Petition" (Dkt. #173, referred to herein as "Motion to Clarify"). On December 7, 2011, the Court entered an Order granting Jungo's Petition for Writ of Mandamus, or in the alternative, Writ of Prohibition ("Writ Order" Dkt. #149). Defendants-Respondents Humboldt County et al. appealed the Writ Order to the Ninth Circuit Court of Appeals. Thereafter, the parties filed a

stipulated motion to dismiss the appeal without prejudice to reinstatement so that Jungo could seek clarification from this Court as to whether tolling principles applied to the relief granted in the Writ Order.

GOOD CAUSE APPEARING THEREFOR, Jungo's Motion to Clarify is hereby GRANTED.

The Court's December 7, 2011 Order granting Jungo's Petition for Writ of Mandamus, or in the alternative, Writ of Prohibition (Dkt. #149) is hereby AMENDED to add the following language in bold:

IT IS FURTHER ORDERED that Defendants:

(1) vacate the BCC's decision reversing the Regional Planning Commission's five-year extension of the Jungo CUP; (2) dismiss the Dolan Appeal with prejudice based on the BCC's lack of jurisdiction to hear the appeal; and (3) reinstate the Regional Planning Commission's February 11, 2010 decision granting Jungo a five-year CUP extension, **with the effective date of the extension being December 7, 2011, the date upon which the Court granted Jungo's Petition for Writ of Mandamus, or in the alternative, Writ of Prohibition.**

This Order is made without prejudice to Jungo seeking addition tolling time if the appeal of the Writ Order is reinstated.

IT IS SO ORDERED.

DATED June 12, 2012

_____
UNITED STATES DISTRICT JUDGE